IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERCEDES HARRISON,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
                                /

No. C 10-03711 WHA

**ORDER TO SHOW CAUSE**

       In this Social Security appeal, plaintiff filed a motion for summary judgment on March 2, 2011. Defendant timely filed an opposition and cross-motion for summary judgment on March 31. Pursuant to the procedural order, plaintiff then had fourteen days within which to serve a reply to defendant's opposition and counter-motion (Dkt. No. 2). The deadline was April 14. No reply has been filed.

       Plaintiff Mercedes Harrison is hereby ordered to file a statement showing any cause why the matter should not be deemed submitted for decision without oral argument. The statement must be filed by **MAY 20, 2011**. If no statement is filed, or if good cause is not shown, then the matter will be deemed submitted and will be decided based on the filings to date.

       **IT IS SO ORDERED.**

Dated: May 6, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE