IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES HARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>                                      / | No. C 10-03711 WHA<br><br>**ORDER DENYING LEAVE TO SUBMIT ADDITIONAL ARGUMENTS** |

      Plaintiff Mercedes Harrison, who is represented by counsel, filed this Social Security appeal in August 2010. Plaintiff, through counsel, filed a motion for summary judgment in March 2011, and defendant timely filed a cross-motion for summary judgment (Dkt. Nos. 12, 13). The deadline for plaintiff's reply passed, but no filing was made. On May 6, 2011, plaintiff was ordered to show cause why the matter should not be deemed submitted for decision on the filings to date (Dkt. No. 14). No response was filed. On May 25, plaintiff's motion for summary judgment was denied and defendant's motion for summary judgment was granted, and judgment was entered (Dkt. Nos. 15, 16). Plaintiff appealed in August 2011, proceeding *in pro per* (Dkt. No. 17).

      In September 2011, with the appeal pending, plaintiff herself sent a letter to the undersigned judge (Dkt. No. 20). The letter refers to the May 6 order to show cause, recites facts and arguments that were not part of the summary judgment record, and requests leave "to submit

my additional arguments as you had requested" (*id.* at 5).  This request is **DENIED**.  *First*, no action will be taken in this district court while the appeal from the May 25 order and judgment is pending.  *Second*, so long as plaintiff is represented by counsel, she may speak and make filings only through her lawyer.  *Third*, the May 6 order did not request additional arguments regarding the summary judgment motions.

If plaintiff is dissatisfied with the services of her lawyer, then she should raise her concerns with him.  If plaintiff believes the May 25 order was erroneous, then she should raise her critiques in her pending appeal to the Court of Appeals for the Ninth Circuit.  The district court case is closed, and no further action will be taken regarding plaintiff's letter.

**IT IS SO ORDERED.**

Dated:  September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2